IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAYLEIGH SERAFIN; and CARA ROWLAND, individually and on behalf of all other similarly situated,<br><br>                *Plaintiffs*,<br><br>v.<br><br>TARGET CORPORATION,<br><br>                *Defendant*. | CIVIL ACTION NO.<br><br>CASE NO.  2:22-cv-01538-WSS |

## ORDER

AND NOW, this 14th day of March 2023, upon consideration of the Joint Motion for Relief from the March 9, 2023 Order and Stay of the Issuance of the Remand Notice to State Court, it is hereby ORDERED, ADJUDGED, and DECREED, that said Motion is GRANTED. With respect to ECF Doc. No. 24, the Order is vacated as to the directions issued to the Clerk and Clerk is now directed to stay issuance of the remand notice of this matter until the consolidated interlocutory appellate matters of *Zortea v. Costco Wholesale Corp*. (No. 23-8009); *Zortea v. Samsung Electronics America, Inc.* (No. 23-8010); *Rowland v. Helen of Troy, Ltd*. (No. 23-8011); and *Rowland v. Bissell Homecare, Inc*. (No. 23-8012) have been fully adjudicated by the United States Court of Appeals for the Third Circuit and/or the United States Supreme Court.

It is further ORDERED that within three (3) days of the issuance of the Third Circuit and/or the Supreme Court's ruling with respect to the aforementioned interlocutory appeals, counsel for the parties is directed to inform this Court of said ruling by issuance of a joint letter to be filed with the Court which shall attach the ruling. Upon application, this Court may then modify the stay as is necessary.

                                                          SO ORDERED.

                                                          s/ William S. Stickman IV
                                                          William S. Stickman IV
                                                          United States District Judge